# EXHIBIT 3



## Provide your dog with soothing warmth and comfort

Sunbeam heated pet beds are designed to provide gentle warmth and comfort to your pet. Give your pets the soothing heat they deserve.



### Heated Pet Pads
Model #: SBPP14

Ultra soft RoyalMink TM
Comforting warmth
Two sizes available
UL approved

Learn More



### Heated Pet Bed Insert
Model #: SBUW10

Convert virtually any bed
Into a heated bed
Comforting warmth
UL approved

Learn More



### Heated Pet Beds
Model #: SBHPBCS

Ultra soft RoyalMink TM
Comforting warmth
Two sizes available
UL approved

Learn More



### Heated Pet Mats
Model #: SBHPPM

Durable fleece
Comforting warmth
Two sizes available
UL approved

Learn More






Privacy Policy | Legal Notice | Contact Us | Jarden Corporation

©2013 Sunbeam Products, Inc. doing business as Jarden Consumer Solutions. All Rights Reserved. A subsidiary of Jarden Corporation (NYSE:JAH).

The PETSMART logo is a registered trademark of PetSmart, Inc.

*Receive the latest news and offers from Jarden Consumer Solutions:*

Enter your E-mail        SIGNUP

Heated Beds